

# Fourth Court of Appeals
## San Antonio, Texas

May 10, 2022

No. 04-22-00031-CR

Frank Edwin **STEPHENSON,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CR-20-0000012
Honorable M. Rex Emerson, Judge Presiding

## O R D E R

The clerk's record was due on April 15, 2022. On May 6, 2022, the trial court clerk filed a notification of late clerk's record, stating appellant is not entitled to appeal without paying the fee and has not paid or made arrangements to pay the fee for preparing the clerk's record.

We, therefore, ORDER appellant to provide written proof to this court **no later than May 20, 2022** that either (1) the clerk's fee for preparing the clerk's record has been paid or arrangements have been made to pay the clerk's fee; or (2) appellant is entitled to appeal without paying the clerk's fee. If appellant fails to respond within the time provided, this appeal will be dismissed for want of prosecution. *See* Tex. R. App. P. 37.3(b) (allowing dismissal of appeal for want of prosecution if clerk's record is not filed due to appellant's fault); *see also* Tex. R. App. P. 42.3(c) (allowing dismissal of appeal if appellant fails to comply with an order of this court).

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of May, 2022.



MICHAEL A. CRUZ, Clerk of Court